Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.: 17−17953−RG
                  Chapter: 13
                  Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kameil Persaud
   259 Pearsall Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−5969

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 7, 2017
JAN: rah

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17953-RG
Kameil Persaud                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Nov 07, 2017
                         Form ID: 148    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.

```
db             +Kameil Persaud,   259 Pearsall Avenue,    Jersey City, NJ 07305-1811
cr             +Chase Records Center,   Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
516776249      +Chase Manhatton Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516776250      +Chase Manhatton Mortgage,    P.o. Box 24696,    Columbus, OH 43224-0696
516776252       Citi,   Credit Bureau Disp,    Sioux Falls, SD 57117
516776251      +Citi,   CitiorpCredit Services/Centralized Bankr,     Po Box 790040,    Saint Louis, MO 63179-0040
516846664      +Deutsche Bank National Trust Co., Trustee(See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516776253      +Deutsche Bank National Trust Company,    300 South Grand Avenue,    41st Floor,
                 Los Angeles, CA 90071-3151
516776256       Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
516776257      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
516776258      +Experian,   P.O. Box 2002,    Allen, TX 75013-2002
516776259      +Experian,   P.O. Box 4500,    Allen, TX 75013-1311
516776260      +First National Collect,    610 Waltham Way,    Sparks, NV 89434-6695
517002274      +JPMorgan Chase Bank, National Association,     c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516776262      +Phelan Hallinan, Diamond & Jones,    Suite 100,    400 Fellowship Road,
                 Mount Laurel, NJ 08054-3437
516776263      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
516776264      +SLS,   8742 Lucent Blvd., Ste. 300,    Littleton, CO 80129-2386
516776266      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
516776267      +TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
516776268      +TransUnion LLC,   2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1023
516776269      +Washington Mutual Mortgage/ Chase,    Attn: OH4-7126,    3415 Vision Dr.,
                 Columbus, OH 43219-6009
516776270      +Washington Mutual Mortgage/ Chase,    Po Box 24696,    Columbus, OH 43224-0696
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Nov 07 2017 22:08:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,   Norfolk, VA 23541-1021
516776255      +EDI: TSYS2.COM Nov 07 2017 22:08:00      Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
516776254      +EDI: TSYS2.COM Nov 07 2017 22:08:00      Dsnb Macys,   Macys Bankruptcy Department,
                 Po Box 8053,   Mason, OH 45040-8053
516776261       EDI: IRS.COM Nov 07 2017 22:08:00      Internal Revenue Service,   P.O. Box 21126,
                 Philadelphia, PA 19114-0326
517028986       EDI: PRA.COM Nov 07 2017 22:08:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516778344      +EDI: RMSC.COM Nov 07 2017 22:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516912909*     +Deutsche Bank National Trust Co., Trustee(See 410),     C/O Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516776265*     +SLS,   8742 Lucent Blvd., Ste. 300,    Littleton, CO 80129-2386
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Nov 07, 2017
                              Form ID: 148               Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor    Kameil   Persaud yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor    Kameil   Persaud yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Loan Trust 2006-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Mark   Goldman    on behalf of Debtor    Kameil   Persaud yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Melissa N. Licker    on behalf of Creditor    Chase Records Center NJ_ECF_Notices@buckleymadole.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```