UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV 30 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

KAMEIL PERSAUD

Debtor

Case No: 17-17953/RG

Chapter 13

Judge: RG

# FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)

The relief set forth on the following page number two (2) is hereby ORDERED.

11-30-17    _____
             USBJ

10

Debtor: Kameil Persaud
Chapter 13 Case#: 17-17953/RG
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Goldman & Beslow, LLC., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtor is hereby allowed the sum of $ 4943.75 as his fee and $ 358.79 for costs and expenses of which $ 3345.00 has already been received by said attorney and of which the balance of $ 1,957.54 shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtor (s) plan or in the event of dismissal of case, pursuant to an assignment of counsel fees executed by the debtors, in the event of a conversion of our matter and directly to debtor(s) counsel and it is further

ORDERED that the monthly payments in the plan is hereby not increased based on the aforesaid fee as the attorneys fees will be calculated into the plan payment at confirmation.

United States Bankruptcy Court
District of New Jersey

In re:  
Kameil Persaud  
       Debtor

Case No. 17-17953-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db            +Kameil Persaud,   259 Pearsall Avenue,   Jersey City, NJ 07305-1811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:  
       Clifford B. Frish    on behalf of Debtor Kameil  Persaud yrodriguez@goldmanlaw.org,  
        cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       David G. Beslow    on behalf of Debtor Kameil  Persaud yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann  Greenberg    magecf@magtrustee.com  
       Mark  Goldman    on behalf of Debtor Kameil  Persaud yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       Melissa N. Licker    on behalf of Creditor    Chase Records Center NJ_ECF_Notices@buckleymadole.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 7